PER CURIAM.
Affirmed. Buie v. Barnett First National Bank of Jacksonville, 266 So.2d 657 (Fla.1972); Dr. P. Phillips & Sons, Inc. v. Kilgore, 152 Fla. 578, 12 So.2d 465 (1943); Mills v. Cone Brothers Contracting Co., 265 So.2d 739 (Fla.2d DCA 1972); Associated Heavy Equipment Schools, Inc. v. Masiello, 219 So.2d 465 (Fla.3d DCA 1969); and Doral Country Club, Inc. v. Lindgren Plumbing Co., 175 So.2d 570 (Fla.3d DCA 1965).